UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN SCHLANGER,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CIVIL NO. 1:15-cv-11192 |

# **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, defendant Travelers Casualty Insurance Company of America ("Defendant") hereby removes to this Court the action filed in Massachusetts Superior Court, Berkshire County, entitled Jordan Schlanger v. Travelers Casualty Insurance Company of America, Civil Action No. 14-360 (the "State Court Action"). In support of this Notice of Removal, Defendant respectfully states as follows:

1. This lawsuit arises from an insurance claim for property damage and other alleged losses occurring in Housatonic, Berkshire County, Massachusetts. Plaintiff alleges that Defendant improperly declined to pay the full value of his claim. The causes of action alleged are: (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; and (3) unfair and deceptive trade practices in violation of M.G.L. ch. 93A, § 11 and ch. 176D, § 3(9).

2. Plaintiff served the Summons and Complaint on Travelers on or about February 23, 2015. This Notice of Removal is being filed within 30 days of service of process on Defendant, and is therefore timely under 28 U.S.C. § 1446(b)(2)(B).

3. This Court has jurisdiction under 28 U.S.C. § 1332(a), based on diversity of citizenship. Plaintiff is an individual who resides in Berkshire County, Massachusetts. (Complaint, ¶ 1.) Defendant is an insurance company organized under the laws of the State of Connecticut, with its a principal place of business in Hartford, Connecticut. (Complaint, ¶ 2.) The parties are therefore citizens of different states.

4. As set forth in the Complaint (at ¶¶ 18, 21), Plaintiff alleges that he is entitled to an additional payment of $250,819.53 on his insurance claim. He also seeks double or treble damages under M.G.L. ch. 93A. The amount in controversy therefore exceeds the statutory requirement of $75,000.

5. Given the complete diversity of citizenship and that the amount in controversy exceeds $75,000.00, this Court has jurisdiction over this matter under 28 U.S.C. §§ 1332(a) and 1441(b).

6. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto as **Exhibits A-D** copies of all process, pleadings, and orders served on it in the State Court Action.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon all known counsel of record, along with a copy of the Notice to State Court of Removal, which is being filed in the State Court Action.

**WHEREFORE**, Defendant hereby provides notice that this action is duly removed to this Court.

Respectfully submitted,

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

By /s/ Jonathan E. Small

Gregory P. Varga (BBO No. 629227)
E-mail: gvarga@rc.com
Jonathan E. Small (BBO No. 672480)
E-mail: jsmall@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Dated: March 25, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that, March 25, 2015, this document will be served by U.S. mail, postage prepaid, to counsel for plaintiff at the following address:

Christopher M. Hennessey
chennessey@cohenkinne.com
Sasha N. Kopf
COHN KINNE VALICENTI & COOK LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201

/s/ Jonathan E. Small
Jonathan E. Small