**UNITED STATES DISTRICT COURT**
**COMMONWEALTH OF MASSACHUSETTS**

**BERKSHIRE, ss.**

**SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT**

**JORDAN SCHLANGER,**

**Plaintiff,**

**v.**

**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,**

**Defendant.**

**CIVIL ACTION NO. BECV2014-00360**

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME <u>TO RESPOND TO THE COMPLAINT</u>**

Defendant Travelers Casualty Insurance Company of America ("Travelers") hereby moves, with the assent of plaintiff Jordan Schlanger, for an extension of time respond to the Complaint. Travelers seeks a two-week extension so that, if granted, its response to the Complaint will be due on or before March 31, 2015. As further support, Travelers states as follows.

1. Plaintiff served the Summons and Complaint on Travelers on or about February 23, 2015.

2. Pursuant to Mass. R. Civ. P. 12(a)(1), Travelers' response to the Complaint is currently due on or before March 16, 2015.

3. Travelers respectfully requests that the responsive pleading deadline be extended by two weeks so that it and its counsel may have sufficient time to formulate a response to the Complaint. Plaintiff, through his counsel, has indicated that he does not oppose this request.

4. This is Travelers' first request for an extension of time.

5. The extension, if granted, will not result in the continuance of any scheduled hearing, conference, or trial and will not prejudice any party.

WHEREFORE, Travelers respectfully requests an extension of time to March 31, 2015 to respond to the Complaint.

Respectfully submitted,

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

By ______________________

Gregory P. Varga (BBO No. 629227)
E-mail: gvarga@rc.com
Jonathan E. Small (BBO No. 672480)
E-mail: jsmall@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Attorneys for Defendant
Travelers Casualty Insurance Company of America

Dated: March 13, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 13, 2015, a copy of the foregoing motion was sent to plaintiff's counsel by e-mail and first class mail at the following address:

Christopher M. Hennessey
chennessey@cohenkinne.com
Sasha N. Kopf
COHN KINNE VALICENTI & COOK LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201

Jonathan E. Small