**Commonwealth of Massachusetts**
**County of Berkshire**
**The Superior Court**

Civil Docket **BECV2014-00360A**

RE: Schlanger v Travelers Casualty Insurance Company of America

TO: Jonathan E Small, Esquire
Robinson & Cole
280 Trumbull ST.
Hartford, CT 06103 -3597

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **03/16/2015**:

*RE: Defendant's assented to motion to extend time to respond to the complain up to and including 3/31/15 filed.*

**is as follows:**

**Motion (P#5) allowed (Agostini, J). Notices mailed 3/16/2015**

Dated at Pittsfield, Massachusetts this 16th day of March, 2015.

Deborah S. Capeless,
Clerk of the Courts

BY:

Deborah S. Capeless
Clerk

Telephone: (413) 499-7487

Copies mailed 03/16/2015

A True Copy
Attest: [signature]
Clerk

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 -- cvdresult_2.wpd 515774 mottext barijoan