UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN SCHLANGER,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CIVIL NO. 1:15-cv-11192 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant Travelers Casualty Insurance Company of America hereby state as follows:

Travelers Casualty Insurance Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Respectfully submitted,

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

By /s/ Jonathan E. Small
Gregory P. Varga (BBO No. 629227)
E-mail: gvarga@rc.com
Jonathan E. Small (BBO No. 672480)
E-mail: jsmall@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Dated: March 25, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that, March 25, 2015, this document will be served by U.S. mail, postage prepaid, to counsel for plaintiff at the following address:

Christopher M. Hennessey
chennessey@cohenkinne.com
Sasha N. Kopf
COHN KINNE VALICENTI & COOK LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201

/s/ Jonathan E. Small
Jonathan E. Small