UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JORDAN SCHLANGER,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | : | CIVIL NO. 3:15-cv-11192-MGM |

**MOTION TO DISMISS COUNTS II AND III**
**OF THE FIRST AMENDED COMPLAINT**

Defendant Travelers Casualty Insurance Company of America ("Travelers") hereby moves to dismiss Counts II and III of the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff Jordan Schlanger ("Mr. Schlanger) improperly injects into this commercial insurance contract dispute claims against Travelers for breach of the covenant of good faith and fair dealing (Count II) and unfair or deceptive trade acts or practices in violation of M.G.L. c. 93A, § 11 (Count III). These claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), because Mr. Schlanger's threadbare allegations of bad faith, which merely recite the statutory standard for unfair settlement practices, are manifestly insufficient to support a finding that Travelers engaged in any immoral, unethical, oppressive, or unscrupulous conduct or that it violated an established conception of unfairness. To the contrary, it is evident from the First Amended Complaint that Mr. Schlanger simply disputes Travelers' good faith coverage determination and contends that he is entitled to more than the $182,312.23 Travelers has already paid him for his loss. Accordingly, Counts II and III should be dismissed.

Respectfully submitted,

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

By its attorneys,

By /s/ Jonathan E. Small
Gregory P. Varga (BBO No. 629227)
E-mail: gvarga@rc.com
Jonathan E. Small (BBO No. 672480)
E-mail: jsmall@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Dated: April 1, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on April 1, 2015, this document will be served by e-mail and U.S. mail, postage prepaid, to counsel for plaintiff at the following address:

Christopher M. Hennessey
chennessey@cohenkinne.com
Sasha N. Kopf
COHN KINNE VALICENTI & COOK LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201

/s/ Jonathan E. Small
Jonathan E. Small